UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KIRA FRANKLYN )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>TRANSUNION, LLC, )<br>  Defendants. )<br> ) | Case No. 1:23-CV-1296-LMB-LRV |

### NOTICE OF DISMISSAL AS TO TRANSUNION, LLC,

To the Clerk of the Court, and to all parties and their attorneys of record:

Please take notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Kira Franklyn, hereby dismisses with prejudice all claims in the above-captioned matter against defendant, Transunion, LLC.

This dismissal is based on a settlement agreement between the plaintiff and Transunion, LLC.

The lawsuit shall continue with respect to the remaining defendants.

              Respectfully submitted,

Dated: October 30, 2023      By: *s/ Kira Franklyn*
                Kira Franklyn
                2470 Mandeville Ln, Apt. 1613
                Alexandria, VA 22314
                Kira.Franklyn@gmail.com
                *PLAINTIFF (Pro Se)*